Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division



|  |  |  |
|---|---|---|
| NATHAN ARCHULETA #31746-051 | ) | Case No.    3:24-cv-02075-AB |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) |  |
| -v- | ) |  |
| dR. ANdREW GRASLEY MD NICOLE JOYCE PHAR TECH/MATPROGRAM diRECTOR INTERGRATEd MEdICAL SOULVTIONS LLC TEXAS LIMITED LIABILITY CO. BUREAU OF PRISON'S ANddEPARTMENT OF JUSTICE | ) ) ) ) ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                NATHAN ARCHULETA

All other names by which

you have been known:

ID Number                          31746-051

Current Institution                FCI SHERIDAN

Address                            FEDERAL CORRECTIONAL INSTITUTION   P.O. BOX 5000

SHERIDAN                OR            97378

*City*                         *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                             dR. ANdREW GRASLEY

Job or Title *(if known)*         MEDICAL cloctoR AT FCI

Shield Number

Employer           (AK.A)      Intigrand Medical Solutions LLC

Address                                 Inrekgraed medical Solunons INC

Os//ss                TX

*City*              *State*         *Zip Code*

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

Name                             NICOLE JOYCE

Job or Title *(if known)*         PHARMECY TECH / MAT PROGRAM CORdiNATOR

Shield Number

Employer

Address                          Federal Bureau of Prisons - P.O. Box

Sheridan OR 97378                     5000

*City*              *State*         *Zip Code*

☐ Individual capacity     ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — *# Federal Bureau of Prisons*

Job or Title *(if known)* — *Sheridan FCI*

Shield Number

Employer

Address

*Sheridan*    *OR*    *97378*
City         State      Zip Code

☐ Individual capacity   ☑ Official capacity

Defendant No. 4

Name — *N/A*

Job or Title *(if known)*

Shield Number

Employer

Address

City    State    Zip Code

☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*N/A*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT*
*9TH MAKING POLICY OR RULES THAT VIOLATE OUR RIGHTS*
*14TH AMENDMENT BODY PROPERTY, SAFTEY OF LIFE, due PROCESS*
*AND FOR VIOLATION PART II AND III OF 504 REHAB ACT 1973*

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐      Pretrial detainee

☐      Civilly committed detainee

☐      Immigration detainee

☐      Convicted and sentenced state prisoner

☒      Convicted and sentenced federal prisoner

☐      Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NA

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

IN FCI SHERIDAN OR 97378 FROM 3-30-23 to CURRENT DATE & TIME

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

FROM 3-30-23 WHEN I WAS SCREENED AND APPROVED FOR MAT PROGRAM TO THE CURRENT TIME AND DATE SINCE I AM STILL BEING REFUSED TREATMENT

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHMENT I

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I HAVE OVERDOSED ON FENTENOLY AND HAD TO HAVE MY CELLIE HAD TO GET ME BREATHING. IVE ALSO CONTRACTED HEP C AND HAD TO BE TREATED FOR IT DUE TO SHARING NEEDLES BECAUSE OF MY DRUG USE IN PRISON. I HAVE POOR SERCULATION IN MY ARMS CUZ OF CONSTANT DRUG USE IVE SUFFERED SEVER DEPRESSION AND THOUGHTS OF SUICIDE AT PREVIOUS TIMES DUE TO DRUG USE AND IM STRUGGLING NOW WITH RELAPSE DUE TO MEDICAL GIVING ME OPIOIDS AFTER MY SURGERY THAT RUINED THE LIL BIT OF SOBRIETY I HAD. IVE GONE TO BOTH MEDICAL & PSYCOLOGY AND BEEN IGNORED SINCE I FILED ON THEM

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I REQUEST INJUNCTIVE RELIEF THAT COMPELS THE PRISON AT FCI SHERIDAN TO PROVIDE ME THE MAT PROGRAM AND MEDICATIONS THAT MY O.U.d REQUIRES AND CHANGE THE POLICY THAT CLEARLY VIOLATES INMATES RIGHTS BY DENYING TREATMENT FOR OPIOID USE DISORDER. I ALSO REQUEST DECLARATORY JUDGEMENT THAT THE PRISON AND BOP VIOLATES MY 8th, 9th, AND 14th AMENDMENT AND THE (ADA) ACT OF 1973 I AM ALSO REQUESTING MONITARY AND FINANCIAL COMPENSATION OF 150,000 DOLLARS OR AMOUNT DEEMED FAIR BY A JUDGE FOR THE CRUEL AND UNUUAL PUNISHMENT AND MENTAL ANGUISH THAT COMES WITH THE UN-NESSESARY DELAY IN MEDICATIONS AND TREATMENT FOR A DOCUMENTED DISEASE OR DISORDER (O.U.d) THAT HAS CAUED DEPRESSION AND ISSUES ALL MY LIFE. AND 100,000 DOLLARS IN PUNITIVE DAMAGES FOR THE DISREGARD FOR MY SAFTY AND LIFE BY GIVING ME OPIOID AFTER SURGERY WHEN IM A DOCUMENTED O.U.d. AND REFUSING TO TREAT MY DISORDER AND DENIAL TO FIX THE MISTAKE OF ISSUING ME OPIOIDS AFTER I TOLD U (SEE ATTACH BPB ON ISSUE)

Page 5 of 11

SUPPLEMENTAL AFFIDAVIT

ATTACHMENT I

I'm suing under Bivens Law for violations of my 8th, 9th, and 14th amendment also for violation of part 2 and 3 of 504 Americans Disabilities Act of 1973. due to the fact I was screened and approved by Dr. Andrew Grasley MD and Psychologist Dr. Beth Honse and I was found to have Opioid Use Disorder (O.U.D) on 03-30-2023. I was approved for the the mat program by Dr. Grasley when Nicole Joyce (Pharm. Tech) and M.A.T Program Coordinator refused to put me on the program due to her claiming I went around her by talking to Dr. Grasley about my struggles with drugs. Nicole Joyce vindictively denied me access to the program and treatment for my documented and disorder due to personal reasons and used here position as director of the M.A.T program to violate my rights. So I followed procedure after contnued refual to respond to my cop-outs (request forms) that I filed my BP-8 (Administrative Remedy). This only made Mrs. Joyce more angry causing her to ignore all other requests from me and all admin like psychology, counselors and even my unit manager. I had to file another BP-8 (see attachment) just to get her to respond to my cop-outs I even wrote to Sentor Mercley for them to look at the refusal to place on program (See Attachment) after 9 months of this a new policy came out on Jan. 1st 2024. This policy violate my rights and is plain and simple discrimiation of of race and sex since it is proven in studied that hispanic and black men recieve longer prison sentences then white males do which makes it discrimination since I'm in a region of the majority are white inmates and since I have a release date of 2035. This new policy should not affect me either way since I was approved almost 1 year policy changed. This new policy needs to be removed since it clearly discriminates by race, sex, and release date. I have a right to be treated for my illness regardless of when I go home. After I recieved surgury on October 2024 I was given opioides after my surgery when I got back I tried explaining to Pharmacy Tech Buffillio I was told that I didn't have to take them. I just had ACL and miniscle surgary and was in sever pain and instead of addressing the real issues that the medical shouldn't have given me opiodes to a documented opioide addiction the fact that I brought it to their attention they refused to address the issue shows disregard to my health and life this caused me to relapse or suffer the pain of surgury simple because they wanted to

Page 1 of 2

refuse my treatment on the mat program. if you review the DOJ suprise inspection you wuill see the problems with medical are real. These issues have caused me health and family issues due to relapse that could've been prevented. The BOPs claim that they can afford more people on the program is there own creation due to the fact that they want to use to Nalaxone Injection instead of the suboxone strips is due to the fact the nurses are lazy and don't want the extra work having to issue strips every morning to inmates with the shot. Its once a month so see its a problem they created. So  to say they can only treat so many people is an excuse to cover up there lazyness and incompentence. To claim I am on a waiting list is a lie since I never move up since they continue to add people so they can claim they are doing there jobs an treating people and recieve the funding increase for claiming we are being treated while the BOP and nursing staff get to pick and choose who gets to recieve this treatment and if someone really looksat the numbers of white vs Hispanic & black inmates that are being treated it will show that at Sheridan there is racial discrimination being used by claiming its by release dates. Also retaliation  for using the administration remedy process is illigal. Now BOP is forcing me to transfer to a low custody facility where every inmate there will have a release date that is sooner than me. How is that fair or just its retalation period.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).   FEDERAL CORRECTION INSTITUTION SHERIDAN PO BOX 5000 SHERIDAN OR. 97378 FROM 3-30-23 to THE CURRENT DATE OF dec 5th 2024

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

I FILEd AND WAS dENIEd AT EVERY LEVEL due TO THAT POLICY CHANGE ON JAN 1st 2024 EVEN THOUGH IVE BEEN APPROVED SINCE 3-30-23

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

FCI SHERIdAN - Federal Bureau of Prisons
P.O. Box 5000
Sheridan OR 97378

2.    What did you claim in your grievance?

THAT I WAS BEING dENIEd TREATMENT dUE TO A POLICY CHANGE AND WAS BEING RETALIATEd AGAINST BY MR JOYCE FOR FILING MY AdMINISTRATIVE PROCESS RELIEF BP8 - BP11

3.    What was the result, if any?    NO I WAS TOLd I WAS ON THE LIST ANd medical TOOK BLOOd ANd URINE 5 +imES FOR MAT PROGRAM AS ORdERED BY dR GRASELY ANd OTHER medical STAFF TO BE ALOUd TO EKPIRE ANd WASTEd BY NICOLE JOYCE TO APPEAL LIKE I WAS BEING +REATED BY ANYONE THAT LOOKEd INTO MY GRIEVENCES

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I FILEd A BP9 ANd WAS IGNOREd SO I FILEd A RP10 ANd WAS TOLd THE SAME NONSENGE ABOUT POLICY ANd THE SAME WITH THE BP11 THE didNT EVEN BOTHER TO RESPONd IVE BEEN WAITING FOR A RESPONSE EVEN AFTER THE ASKED FOR AN EXTENdEd TIME TO RESPONd OF 9-7-24 IVE SEEN LETTERS ANd MY COUNSILOR CLAY SENT E-MAILS TO TRY TO RECIEVE A COPY BUT ON COMPUTER IT SAYS RESOLVED (SEE ATTACH    Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

NIA I FILED AND EXHAUSTED ALL REMEDYS

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

( (                                        ) )

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. AT EVERY STEP I WAS IGNORED AND DENIED TREATMENT FOR documented disorder that this medical approved simply cue they want to TREAT AS MANY IMATES AS THEY CAN BEFORE THE YEAR RUNS OUT SO THEY CAN CLAIM TO HAVE TREATED SO MANY & ASK FOR MORE FUNDING SO IT POLITICS AND FRAUD TO GET MORE MONEY AND SINCE I dont RELEASE TILL 2035 I USE UP RESOURCE THEY would RATHER USE 10 TIME ON IMATES RELEASING SOONER
(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)                                     N/A

Defendant(s)                          N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

☐ No                          N/A

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

NA

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

     Plaintiff(s)

     Defendant(s)

     NA

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

     NA

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition

     NA

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *Nathan Archuleta*   12-5-24

Signature of Plaintiff

Printed Name of Plaintiff    NATHAN   ARCHULETA

Prison Identification #    31746-051

Prison Address    PO BOX 5000

SHERIDAN              OR        97378

                              *City*              *State*        *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                     *City*              *State*        *Zip Code*

Telephone Number

E-mail Address

*ATTACHMENT A*

*SHOW DATE SCREENED & APPROVED*



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ARCHULETA, NATHAN  31746-051

SEQUENCE: 01361825
Team Date: 11-30-2023

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-06-2012 |
| CARE2 | STABLE, CHRONIC CARE | 11-25-2022 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 05-28-2021 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 02-07-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-07-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP SCREEN | DRUG ABUSE PROGRAM SCREENING | 05-19-2023 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-05-2015 |
| MAT SC CMP | MED ASSIST TRMT SCREEN COMPLT | 03-30-2023 |
| NR WAIT | NRES DRUG TMT WAITING | 07-22-2021 |

*← SCREENED AND APPROVED FOR MAT PROGRAM*

### FRP Payment Plan

Most Recent Payment Plan

FRP Assignment:   **COMPLT**   **FINANC RESP-COMPLETED**   **Start: 02-15-2022**

Inmate Decision:   **AGREED**   **$25.00**   Frequency: **MONTHLY**

Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $25.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $325.00 | $50.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,353.75   Payments commensurate ?   Y

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 12-06-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 11-29-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 11-29-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 11-29-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 06-11-2021 |
| N-EDUC N | NEED - EDUCATION NO | 11-29-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 11-29-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 11-29-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 11-29-2023 |
| N-MEDICL Y | NEED - MEDICAL YES | 11-29-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 11-29-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 11-29-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 11-29-2023 |
| N-WORK Y | NEED - WORK YES | 11-29-2023 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 11-29-2023 |

*1ST STEP ACT*

*NEEDS ARE BASED ON HISTORY DOCUMENTED IN MY MEDICAL AND INTAKE EVALUATION AND ARE IDENTIFIED FOR BOTH. IT IS ALSO USED FOR THE 1ST STEP ACT RECIDIVISM RISK ASSESMENT TO HELP INMATES BETTER THEM SELVES AND TO BECOME ELGIBLE FOR USING FIRST STEP CREDITS*

### Progress since last review

You have received one incident report since your arrival at SHE. You have continued to make attempt in completing classes. You have provided unit team with several certificates of completion. you have been assigned to work in recreation.

### Next Program Review Goals

1. Complete Anger Management (wait list) 2. Complete Criminal Thinking (wait list) 3. Complete Victim Impact (wait list)

**ATTACHMENT B**

ORIGINAL BP8 Admin. RESOLUTION

SHE 1330.18
ATTACHMENT A

INFORMAL RESOLUTION

Sent 5-14-23

NOTICE TO INMATE:  You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you MUST attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

NATHAN ARCHULETA    31746-051    2B    5-11-23
1.    Inmate Name            Register Number    Unit    Date

2.    State below Your Specific Complaint: I WAS MOVE HERE CUZ IM A CARE LEVEL FROM A PRISON THAT HAd Good MEDICAL TO COME TO A PLACE WITH THE NORST MEDICAL IN THE WHOLE BOP THE REFUSE TO dEAL WITH MY PAIN ISSUES WITH MY BACK ANd KNEES ANd IVE BEEN SEEN BY PHYCOLOGY ANd doctor GRASIEY ANd BEEN PPROVED FOR THE MAP PROGRAM YET THEY REFUSE TO SEE ME I HAVE OVER doSE -NICE ANd REINFECTEd MYSELF WITH HEPC CUZ THEY REFUSE TO TREAT MY PROBLEMS

3.    State What Action You Want Staff to Take to Correct the Situation. I HAVE BEEN TO SICK CALL TWICE & TOLD NOTHING I AdRESSEd MY CONCERNS WITH MRS HONSE ANd SHE SAID THERES NOTHING SHE CAN dO I TRIED TO TALK TO MRS JOYCE ANd SHE REFUSEd TO TALK TO

4.    What Efforts Have You Made to Resolve Your Complaint Informally? TALKEd TO EVERYONE ANd BEEN IGNOREd

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.    Advice to inmate regarding complaint (include Program Statement number if applicable):

Unable to resolve at this level

6.  Informal Resolution WAS / WAS NOT accomplished (Circle One)

_____  5-25-23        _____  5-25-23
Correctional Counselor Date        Unit Manager    Date

**ATTACHMENT C**

ANOTHER BP8 FOR MRS JOYCE & MEDICAL REFUSING
TO RESPOND OR SEE ME CONCERNING MAT CONCERNS

SHE 1330.18
ATTACHMENT A

### INFORMAL RESOLUTION

NOTICE TO INMATE:  You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1.  NATHAN ARCHULETA      31746-051        2B        6-24-24
    Inmate Name             Register Number    Unit        Date

2.  **State below Your Specific Complaint:**

I HAVE SENT 10 COP-OUTS TO MR JOYCE CONCERNING MAT PROGRAM QUESTIONS AND HAVE BEEN TO SICK CALL NUMEROUS TIMES TO TRY TO SEE HER ABOUT MY CONCERNS WITH MY BLOOD AND URINE SAMPLES BEING ALOUD TO EXPIRE WASTING MAT FUNDING MONEY AND SEE REFUSES TO TALK TO ME OR RESPOND

3.  **State What Action You Want Staff to Take to Correct the Situation.**

I HAVE TALKED TO LTS CAPTAIN CASE WORKER AND AW NUNVEZ TO PERSINALLY GIVE HE MY COP-OUT I WANT HER TO DO HER JOB AND AWNSER MY QUESTIONS AND SEE ME

4.  **What Efforts Have You Made to Resolve Your Complaint Informally?**

I HAVE TRIED EVERYTHING FROM SICK CALL TO EVEN WRITING SENETOR MERKLEY AND NOTHING HAS BEEN DONE SHE IS THE DIRECTOR OF MAT PROGRAM YET SHE DOESNT RESPOND TO QUESTIONS

*****************************************************************************

5.  Advice to inmate regarding complaint (include Program Statement number if applicable):

You are on the waitlist for MAT. Your treatment will be determined once your evaluation is complete

6.  Informal Resolution WAS / (WAS NOT) accomplished (Circle One)

_____ /___ 6-25-24          _____ /___ 6-25-24
Correctional Counselor  Date            Unit Manager    Date

**ATTACHMENT G**

SHOW THE CONTINUES WASTE OF 1st STEP ACT FUNDING ordering ORDERING Blood AND URINE SAMPLES AND ALLOWING THEM TO EXPIRE WITH NO INTENTION OF USING THEM JUST DESCRIBING THERE discrimination BY COVERING IT UP

BP-A148.055    **U.S. DEPARTMENT OF JUSTICE**
SEP 98    **FEDERAL BUREAU OF PRISONS**

INMATE REQUEST TO STAFF

| TO:(Name and Title of Staff Member) doctor OR MRS. JOYCE | DATE: 5-9-24 |
|---|---|
| FROM: NATHAN ARCHULETA | REGISTER NO.: 31746-051 |
| WORK ASSIGNMENT: REC PM | UNIT: 2B 123 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I WOULD LIKE A WRITTEN EXPLAINATION AS TO WHY MY BLOOD AND URINE HAS BEEN COLLECTED TWICE FOR THE MAT PROGRAM AND I CONTINUE TO BE IGNORE AND MY BLOOD AND URINE SAMPLE IS BEING ALOVD TO EXPIRE WHEN U GOT NO INTENTION ON PUTTING ME ON THE MAT PROGRAM ALL IM ASKING FOR IS A WRITTEN RESPONSE TO THE REASON IM BEING discriminated AGAINST & MAT PROGRAM FUNDING MONEY IS BEING WASTED ON TESTS THAT ARE NOT BEING USED BEFORE EXPIRING    THANE YOU

(( RESPONSE REQUEST FOR 4th TIME ))    NATHAN ARCHULETA

(Do not write below this line)

DISPOSITION: SIGNED BY doctor ~~GRASE~~ ANDREW GRASLEY md/cd

WE ARE CURRENTLY STARTING PEOPLE BASED ON RELEASE DATE

| Signature Staff Member | Date 5/9/24 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

JEFFREY A. MERKLEY
OREGON

*A LETTER TO SENATOR TRYING to FIND A RESOLUTION TO PROBLEM*

## United States Senate

WASHINGTON, DC 20510

COMMITTEES:

APPROPRIATIONS

BUDGET

ENVIRONMENT AND
PUBLIC WORKS

FOREIGN RELATIONS

RULES AND
ADMINISTRATION

May 13, 2024

Nathan Archuleta, 31746-051
FCI Sheridan
P.O Box #5000
Sheridan, Oregon 97378

Dear Mr. Archuleta,

My name is Emily, and I work for Senator Jeff Merkley as a constituent service representative. In what you wrote in your letter, you would like to be considered for screening and approved to take part in medication-assisted therapy (MAT) at FCI Sheridan. Although the Senator cannot overrule the facility's decision, we may contact the Federal Bureau of Prisons to review your request and provide further information about the screening process.

If you would like our office to proceed with submitting an inquiry to the Federal Bureau of Prisons on your behalf, please sign and return one copy of the privacy release agreement included in this envelope. Please return this form to the following address:

**U.S. Senator Jeff Merkley**
121 SW Salmon Street Suite 1400
Portland, OR 97204-2904

Please additionally disclose whether you are working with a personal representative, as indicated on the privacy release form. I look forward to hearing from you soon.

Attentively,

Emily Lara
Constituent Services Representative

531 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-3753
FAX (202) 228-3997

121 S.W. SALMON STREET
SUITE 1400
PORTLAND, OR 97204
(503) 326-3386
FAX (503) 326-2900

**U.S. DEPARTMENT OF JUSTICE**                                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

**ATTACHMENT F**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ARCHULETA, @ NATHAN E     31746-051     2B 123     FCI SHERIDAN
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** IM FILING THIS COMPLAINT due TO MEDICALS RESPONSE ON 11-20-24 ABOUT MEDICAL ISSUING ME OPIOIDS WHEN IM A documented OPIOID USE disorder (O.U.d) Addict THEY CLAIM I COULD HAVE REFUSE THEM I JUST GOT done HAVING ACL AND MENISCLE SURGORY SO THAT IS SO STUPID IM NOT EVEN GOING TO GET INTO THAT. THE FACT IS IT documented IN MY FILE IM AN Addict AND PILL LINE IS designed TO PREVENT THIS FROM HAPPENING AND MEDICAL IS SUPPOSED TO PAY ATTENTION TO STUFF LIKE THIS. I JUST HAD SURGERY AND WAS OUT OF IT SO I COULDNT TALK TO THE SURGEON WHEN I BECAME AWARE AND Brought IT TO PHARMACY TECH BUFFOLIO HE GAVE THE SAME RESPONSE "dont TAKE IT THEN" SO SINCE IT WAS BROUGHT to MEDICAL ATTENTION AND IT WAS IGNORE SIMPLY OUT OF LAZINESS THESE ISSUES ARE GROSS NEGLIGENCE AND disRECARD FOR MY SOBRIETY AND LIFE AND CAUSED ME TO RELAPSE AND STRUGGLE WITH drug CRAVINGS AND RELAPSES. NOW BOPS desision TO FORCE ME TO TRANSFER TO A LOW BEFORE TREATING ME FOR MY addiction ISSUES IS A FORM OF RETALIATION SINCE AT A LOW SECURITY PRISON UNDER THE CURRENT POLICY EVERY INMATE THERE WILL HAVE PRIORITY OVER ME SINCE I HAVE A OUT dATE OF 2035. Bottom LINE MEDICALS CONTINUED MISTAKES IS PUTTING MY LIFE AND SOBRIETY IN JEPERDY

12-5-24
DATE

*Nathan cl...*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

SHOWS ATTEMPT TO SEEK RESOLUTION TO
THE FACT THERE MEDICAL ISSUED ME OPIOIDS
WHEN IM A documented drug addict

_____     _____
DATE     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                         CASE NUMBER: _____

                                                   CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____     _____     _____     _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                         _____
DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)



**U.S. Department of Justice**

Federal Bureau of Prisons

*PROOF OF EXHAUSTION OF REMEDIYS*
*AND disREGARD Washington, DC 20534 to EVEN RESPOND*

November 12, 2024

REPLY TO        Tim Barnett, Administrator
ATTN OF:        National Inmate Appeals, Central Office

RE:             Administrative Remedy No. 1164460-A1

TO:             **Nathan Archuleta #31746-051**
                **FCI SHERIDAN (SHE)**
                **FEDERAL CORRECTION INSTITUTION**
                **P.O. BOX 5000**
                **SHERIDAN, OR 97378**

X       Your appeal was answered on August 19, 2024. If you have not received your copy by now, you may ask the institution Administrative Remedy Coordinator to provide a copy from the Warden's Administrative Remedy File.

o       We are in receipt of your Central Office Administrative Remedy Appeal _____, received on _____. In accordance with policy, if you have not received a response within the time allotted for reply, including extension, you may consider the absence of a response to be a denial. However, each appeal accepted by this office will be responded to and you will be advised once the appeal is completed.

o       Your appeal was rejected and returned to you on _____.

o       Our records indicate that the appeal you reference has not been filed with this office.

o       You have not provided sufficient information for us to respond to your inquiry. If your inquiry concerns an administrative remedy, please provide the subject of your complaint. The Administrative Remedy program is not the proper forum for notifying the agency of your intent to pursue legal action.

o       Extensions are granted only if an inmate's submission is untimely by no fault of his own. Requests for extensions are only considered when submitted with the complete appeal packet.

o       Central Office Administrative Remedy Appeal responses are the final agency position. If you are dissatisfied with the response, you may pursue any legal recourse you deem appropriate.

o       We can only address issues within the jurisdiction of the Federal Bureau of Prisons. Your issue is one of _____ jurisdiction.

o       The attached correspondence was forwarded to our office; however, it is not within our jurisdiction. Accordingly, it is being returned to you for disposition as you deem fit.

o       Other:

To. Admm. Remedy Coordinator

RECEIVED
NOV 1 2 2024
Administrative Remedies
Federal Bureau of Prisons

I recieved a paper on July 23 2024 concerning my BP11 # 1164460-A1 asking for time till Sept 9th 2024 and I still havent heard back from or recieved a verdict concerning my filing and I need that to file me lawsuit and I've given them an extra month in case there were delays with the mail or anything else now I'm concerned about the delay affecting my time limits on my suit and need a reason for this delay Thankyou and I would like a response to my questions or a copy of my final ruling on my bp 11

Thank you
Nathe Arlite
31746-051



RECEIPT - ADMINISTRATIVE REMEDY

DATE: JULY 23, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : NATHAN ARCHULETA, 31746-051
      SHERIDAN FCI    UNT: 2 GP    QTR: B05-123U


THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 1164460-A1
DATE RECEIVED   : JULY 11, 2024
RESPONSE DUE    : SEPTEMBER 9, 2024
SUBJECT 1       : MEDICATION ASSISTED TREATMENT (MAT)/RELATED ISSUES
SUBJECT 2       : OTHER MENTAL HEALTH MATTERS

NATHAN ARCHULETA
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
SHERIDAN OR 97378



Retail

U.S. POSTAGE PAID
FCM LG ENV
SHERIDAN, OR 97378
DEC 10, 2024

97204

$0.00

RDC 99

R2305M143358-09

LEGAL MAIL

UNITED STATES district COURT
OFFICE OF THE CLERK
District OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVE
PORTLAND OREGON 97204